**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dionisio Barcacer | Social Security number or ITIN   xxx–xx–8840 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–18452–VFP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dionisio Barcacer
aka Dionisio Balcacer

8/3/18

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 18-18452-VFP
Dionisio Barcacer                                               Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                Page 1 of 2         Date Rcvd: Aug 03, 2018
                             Form ID: 318               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
db              Dionisio Barcacer,    483 Gardner Pl,    Apt B,    Hackensack, NJ 07601-6601
517480362       Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     PO Box 790040,
                  Saint Louis, MO 63179-0040
517480365       Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
517480366      +Fith Third Bank,    Attn: Bankruptcy Department,     1830 E Paris Ave SE,
                  Grand Rapids, MI 49546-8803
517480368       Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
517480369       Rymr&flnign,    Des Moines, IA 50306
517480382       Visa Dept Store National Bank/Macy’s,     Attn: Bankruptcy,    PO Box 8053,
                  Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 23:40:55      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 23:40:50      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 04 2018 03:13:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                  POB 41021,   Norfolk, VA 23541-1021
517544146       EDI: PHINAMERI.COM Aug 04 2018 03:13:00      Americredit Financial Services, Inc.,
                  Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
517480348       EDI: PHINAMERI.COM Aug 04 2018 03:13:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                  PO Box 183853,    Arlington, TX 76096-3853
517480350       EDI: BANKAMER.COM Aug 04 2018 03:13:00      Bk of Amer,    PO Box 982238,
                  El Paso, TX 79998-2238
517480349       EDI: BANKAMER.COM Aug 04 2018 03:13:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
                  Greensboro, NC 27420-6012
517480354       EDI: CAPITALONE.COM Aug 04 2018 03:13:00      Capital One,    15000 Capital One Dr,
                  Richmond, VA 23238-1119
517480351       EDI: CAPITALONE.COM Aug 04 2018 03:13:00      Cap1/levtz,    90 Christiana Rd,
                  New Castle, DE 19720-3118
517480353       EDI: CAPITALONE.COM Aug 04 2018 03:13:00      Capital One,    PO Box 30281,
                  Salt Lake City, UT 84130-0281
517480352       EDI: CAPITALONE.COM Aug 04 2018 03:13:00      Capital One,    PO Box 30253,
                  Salt Lake City, UT 84130-0253
517480355       EDI: CAPITALONE.COM Aug 04 2018 03:13:00      Capital One,
                  Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517480356       EDI: CAPITALONE.COM Aug 04 2018 03:13:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
517480357       EDI: CAPITALONE.COM Aug 04 2018 03:13:00      Capital One / Levitz,    General Correspondence,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
517480358       EDI: CAPITALONE.COM Aug 04 2018 03:13:00      Capital One NA,
                  Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517480359       EDI: CHASE.COM Aug 04 2018 03:13:00      Chase Card,    PO Box 15298,
                  Wilmington, DE 19850-5298
517480360       EDI: CHASE.COM Aug 04 2018 03:13:00      Chase Card Services,    Attn: Correspondence Dept,
                  PO Box 15298,    Wilmington, DE 19850-5298
517480361       EDI: CITICORP.COM Aug 04 2018 03:13:00      Citi,    PO Box 6241,   Sioux Falls, SD 57117-6241
517480363       EDI: TSYS2.COM Aug 04 2018 03:13:00      Dsnb Macys,    PO Box 8218,   Mason, OH 45040-8218
517480364      +E-mail/Text: collectionbankruptcies.bancorp@53.com Aug 03 2018 23:41:33       Fifth Third Bank,
                  Attn: Bankruptcy Department,    1830 E Paris Ave SE,    Grand Rapids, MI 49546-8803
517480367       EDI: PHINAMERI.COM Aug 04 2018 03:13:00      Gm Financial,    PO Box 181145,
                  Arlington, TX 76096-1145
517480371       EDI: RMSC.COM Aug 04 2018 03:13:00      Syncb/Ashley Homestore,    Attn: Bankruptcy,
                  PO Box 965060,    Orlando, FL 32896-5060
517480372       EDI: RMSC.COM Aug 04 2018 03:13:00      Syncb/Guitar Center,    950 Forrer Blvd,
                  Kettering, OH 45420-1469
517480374       EDI: RMSC.COM Aug 04 2018 03:13:00      Syncb/Walmart,    PO Box 965024,
                  Orlando, FL 32896-5024
517480370       EDI: RMSC.COM Aug 04 2018 03:13:00      Syncb/ashley Homestore,    950 Forrer Blvd,
                  Kettering, OH 45420-1469
517480373       EDI: RMSC.COM Aug 04 2018 03:13:00      Syncb/walmar,    PO Box 965024,   Orlando, FL 32896-5024
517488134      +EDI: RMSC.COM Aug 04 2018 03:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517480376       EDI: RMSC.COM Aug 04 2018 03:13:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                  PO Box 965060,    Orlando, FL 32896-5060
517480375       EDI: RMSC.COM Aug 04 2018 03:13:00      Synchrony Bank/guitar center,    Attn: Bankruptcy,
                  PO Box 965060,    Orlando, FL 32896-5060
517480378       EDI: TDBANKNORTH.COM Aug 04 2018 03:13:00      Td Bank N.A.,    32 Chestnut St,
                  Lewiston, ME 04240-7744
517480379       EDI: TDBANKNORTH.COM Aug 04 2018 03:13:00      Td Bank N.A.,    70 Gray Rd,
                  Portland, ME 04105-2019
517480377       EDI: TDBANKNORTH.COM Aug 04 2018 03:13:00      Td Bank N.A.,    Attn: Bankruptcy,   PO Box 1190,
                  Lewiston, ME 04243-1190
```

```
District/off: 0312-2          User: admin               Page 2 of 2             Date Rcvd: Aug 03, 2018
                              Form ID: 318              Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517480380         EDI: TDBANKNORTH.COM Aug 04 2018 03:13:00      Td Bank, N.A.,    Attn: Bankruptcy,
                   32 Chestnut St,    Lewiston, ME  04240-7744
517480381         EDI: CITICORP.COM Aug 04 2018 03:13:00      Thd/Cbna,    PO Box 6497,
                   Sioux Falls, SD  57117-6497
                                                                                                TOTAL: 34

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:
```
             Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Jeffrey Lester     jlester@bllaw.com, NJ19@ecfcbis.com
             Kevin Gordon McDonald    on behalf of Creditor    Fifth Third Bank kmcdonald@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Rafael  Gomez    on behalf of Debtor Dionisio  Barcacer gomez@gomezlegal.com,
              G26361@notify.cincompass.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 5
```